*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# S T A T E   O F   M I C H I G A N

# C O U R T   O F   A P P E A L S

JOEL ERIC JACOB,

       Plaintiff-Appellant,

v

LAUREN BETH JACOB,

       Defendant-Appellee,

and

THE MINOR CHILD,

       Appellee.

UNPUBLISHED
March 3, 2020

Nos. 344580; 344598; 344654;
344809; 344894; 347014;
350162
Oakland Circuit Court
LC No.  2012-793255-DM

Before:  GLEICHER, P.J., and GADOLA and LETICA, JJ.

LETICA, J., (*concurring*).

       I concur in the result only.

                       /s/ Anica Letica